PROB 12C
(6/16)

Report Date: January 22, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Richard Allen Forrest | Case Number: 0980 2:97CR00027-RHW-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 16, 1997

Original Offense:    Conspiracy to Possess with Intent to Distribute Methamphetamine, Amphetamine and Cocaine, 21 U.S.C. § 846; Possess with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1); Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 292 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Sentence Reduction:<br>October 8, 2015 | Prison - 235 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: | October 30, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | October 29, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**:  Mr. Forrest is alleged to have  violated standard condition number 9, by associating with individuals engaged in criminal activity and associating with a person convicted of a felony, on or about January 10, 2019.<br><br>As referenced in violation number 1, the undersigned officer, with the presence of detectives with the FBISSTF, contacted Mr. Forrest as he arrived home from his residence.  Inside the home was a male subject identified as Gary A. Larsen, who is a convicted felon and was recently under federal supervision under case number 2:02CR00142-JLQ-1.  Mr. Bradley Burdulis is also a convicted felon from a 1995 drug conviction.   Methamphetamine was found inside the home, and it appeared the individuals in the home were using methamphetamine prior to this officer's arrival. |

Prob12C
Re: Forrest, Richard Allen
January 22, 2019
Page 2

On October 30, 2015, Mr. Forrest signed his conditions of supervision relative to case number 2:97CR00027-RHW-1, acknowledging an understanding of his conditions of supervision, including mandatory condition number 9, as noted above.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/22/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

01/23/2019

Date